# United States Court of Appeals for the Fifth Circuit

───────────

No. 24-10324
Summary Calendar

───────────

United States Court of Appeals
Fifth Circuit

**FILED**
September 30, 2024

Lyle W. Cayce
Clerk

United States of America,

*Plaintiff—Appellee*,

*versus*

Mario Ovalle, Jr.,

*Defendant—Appellant*.

───────────────────────────

Appeal from the United States District Court
for the Northern District of Texas
USDC No. 3:23-CR-157-1

───────────────────────────

Before Smith, Stewart, and Duncan, *Circuit Judges*.

Per Curiam:[*]

The Federal Public Defender appointed to represent Mario Ovalle, Jr., has moved to withdraw and has filed a brief per *Anders v. California*, 386 U.S. 738 (1967), and *United States v. Flores*, 632 F.3d 229 (5th Cir. 2011). Ovalle has not filed a response.

We have reviewed counsel's brief and relevant portions of the record.

───────────────────────

[*] This opinion is not designated for publication. *See* 5th Cir. R. 47.5.

No. 24-10324

We concur with counsel's assessment that the appeal presents no non-frivolous issue for appellate review.  Accordingly, the motion to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the appeal is DISMISSED.  *See* 5TH CIR. R. 42.2.